PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2254 (Rev. 9/10)
ADOPTED BY ALL FEDERAL COURTS IN TEXAS

**FILED**

APR 1 7 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

**FOR THE** _Western District_ **DISTRICT OF TEXAS**

RA ~~Austin~~ ~~Federal~~ **DIVISION**

## PETITION FOR A WRIT OF HABEAS CORPUS BY
## A PERSON IN STATE CUSTODY

_Ruben Alonzo, an advocate for God_
**PETITIONER**
**(Full name of Petitioner)**

Further prosecution for the same offense after a not guilty
verdict Place on an ankle monitor rights liberty restrict
And strip away by the state

**CURRENT PLACE OF CONFINEMENT**

**vs.**

**PRISONER ID NUMBER**

## 1:23CV00419 RP

_Judge Bob Perkins and for the State of Texas, Mrs Jamie Liu  331st court_

D-1-DC-20-30005D

**RESPONDENT**
**(Name of TDCJ Director, Warden, Jailor, or**
**authorized person having custody of Petitioner)**

**CASE NUMBER**
**(Supplied by the District Court Clerk)**

### INSTRUCTIONS - READ CAREFULLY

1.  The petition must be legibly handwritten or typewritten and signed and dated by the petitioner,
    under penalty of perjury.  Any false statement of an important fact may lead to prosecution for
    perjury.  Answer all questions in the proper space on the form.

2.  Additional pages are not allowed except in answer to questions 11 and 20.  Do not cite legal
    authorities. Any additional arguments or facts you want to present must be in a separate
    memorandum. The petition, including attachments, may not exceed 20 pages.

3.  Receipt of the $5.00 filing fee or a grant of permission to proceed _in forma pauperis_ must occur
    before the court will consider your petition.

4.  If you do not have the necessary filing fee, you may ask permission to proceed _in forma pauperis_.
    To proceed _in forma pauperis_, (1) you must sign the declaration provided with this petition to
    show that you cannot prepay the fees and costs, **and** (2) if you are confined in TDCJ-CID, you
    must send in a certified _In Forma Pauperis_ Data Sheet form from the institution in which you are
    confined.  If you are in an institution other than TDCJ-CID, you must send in a certificate
    completed by an authorized officer at your institution certifying the amount of money you have
    on deposit at that institution.  If you have access or have had access to enough funds to pay the
    filing fee, then you must pay the filing fee.

5.    Only judgments entered by one court may be challenged in a single petition. A separate petition must be filed to challenge a judgment entered by a different state court.

6.    Include all of your grounds for relief and all of the facts that support each ground for relief in this petition.

7.    Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices. The proper court will be the federal court in the division and district in which you were convicted (for example, a Dallas County conviction is in the Northern District of Texas, Dallas Division) or where you are now in custody (for example, the Huntsville units are in the Southern District of Texas, Houston Division).

8.    Failure to notify the court of your change of address could result in the dismissal of your case.

## PETITION

### What are you challenging? (Check all that apply)

☐    A judgment of conviction or sentence,    (Answer Questions 1-4, 5-12 & 20-25)
      probation or deferred-adjudication probation.
☐    A parole revocation proceeding.    (Answer Questions 1-4, 13-14 & 20-25)
☐    A disciplinary proceeding.    (Answer Questions 1-4,15-19 & 20-25)
☐    Other: _Double Jeopardy_____    (Answer Questions 1-4, 10-11 & 20-25)
      Futher prosecution for the same offense

### All petitioners must answer questions 1-4:

Note: In answering questions 1-4, you must give information about the conviction for the sentence you are presently serving, even if you are challenging a prison disciplinary action. (Note: If you are challenging a prison disciplinary action, do not answer questions 1-4 with information about the disciplinary case. Answer these questions about the conviction for the sentence you are presently serving.) Failure to follow this instruction may result in a delay in processing your case.

1.    Name and location of the court (district and county) that entered the judgment of conviction and sentence that you are presently serving or that is under attack: _____

      Travis County district court 331st court _____

      _____

2.    Date of judgment of conviction: _____June 30th 2022_____

3.    Length of sentence: _Not guilty_____

4.    Identify the docket numbers (if known) and all crimes of which you were convicted that you wish to challenge in this habeas action: _D-1-DC-20-300050 and D-1-DC-21-301358_____

      _____

-2-

## Judgment of Conviction or Sentence, Probation or Deferred-Adjudication Probation:

5.  What was your plea? (Check one)   ☒ Not Guilty     ☐ Guilty       ☐ Nolo Contendere

6.  Kind of trial: (Check one)     ☒ Jury      ☐ Judge Only

7.  Did you testify at trial?     ☒ Yes     ☐ No

8.  Did you appeal the judgment of conviction?     ☒ Yes     ☐ No
    I appeal the lesser included charge that wasn't listed in my indictment
9.  If you did appeal, in what appellate court did you file your direct appeal? _____

    3rd court of appeals _____     Cause Number (if known) _____

    What was the result of your direct appeal (affirmed, modified or reversed)? _____
    The ruling is pending both parties brief, and the response brief has been filed awaiting a response
    What was the date of that decision?   Pending _____

    If you filed a petition for discretionary review after the decision of the court of appeals, answer the
    following:

    Grounds raised:   The defendant was not reindicted the defendant objected to the lesser included charge violation of the defendant's
                      Right to due process the charge was not listed in the indictment

    _____

    Result: _____ Pending _____

    Date of result: ___ Pending _____     Cause Number (if known): _ 03-22-00518-CR _____

    If you filed a petition for a *writ of certiorari* with the United States Supreme Court, answer the
    following:

    Result: _____

    Date of result: _____

10. Other than a direct appeal, have you filed any petitions, applications or motions from this judgment
    in any court, state or federal? This includes any state applications for a writ of habeas corpus that
    you may have filed.     ☐ Yes     ☒ No

11. If your answer to 10 is "Yes," give the following information:

    Name of court: _____

    Nature of proceeding: _____

    Cause number (if known): _____

-3-

Date (month, day and year) you <u>filed</u> the petition, application or motion as shown by a file-stamped date from the particular court: _____

Grounds raised: _____

_____

Date of final decision: _____

What was the decision? _____

Name of court that issued the final decision: _____

As to any <u>second</u> petition, application or motion, give the same information:

Name of court: _____

Nature of proceeding: _____

Cause number (if known): _____

Date (month, day and year) you <u>filed</u> the petition, application or motion as shown by a file-stamped date from the particular court:

_____

Grounds raised: _____

_____

Date of final decision: _____

What was the decision? _____

Name of court that issued the final decision: _____

*If you have filed more than two petitions, applications, or motions, please attach an additional sheet of paper and give the same information about each petition, application, or motion.*

12.    Do you have any future sentence to serve after you finish serving the sentence you are attacking in this petition?     ☐ Yes    ☒ No

(a)    If your answer is "yes," give the name and location of the court that imposed the sentence to be served in the future: _____

_____

(b)    Give the date and length of the sentence to be served in the future: _____

_____

-4-

(c) Have you filed, or do you intend to file, any petition attacking the judgment for the sentence you must serve in the future? ☐ Yes ☒ No

**Parole Revocation:**

13. Date and location of your parole revocation: _____

14. Have you filed any petitions, applications, or motions in any state or federal court challenging your parole revocation? ☐ Yes ☐ No

 If your answer is "yes," complete Question 11 above regarding your parole revocation.

**Disciplinary Proceedings:**

15. For your original conviction, was there a finding that you used or exhibited a deadly weapon?
☐ Yes ☐ No

16. Are you eligible for release on mandatory supervision? ☐ Yes ☐ No

17. Name and location of the TDCJ Unit where you were found guilty of the disciplinary violation: _____

 Disciplinary case number: _____

 What was the nature of the disciplinary charge against you? _____

18. Date you were found guilty of the disciplinary violation: _____

 Did you lose previously earned good-time days? ☐ Yes ☐ No

 If your answer is "yes," provide the exact number of previously earned good-time days that were forfeited by the disciplinary hearing officer as a result of your disciplinary hearing: _____

 Identify all other punishment imposed, including the length of any punishment if applicable and any changes in custody status:

 _____

 _____

 _____

19. Did you appeal the finding of guilty through the prison or TDCJ grievance procedure?
☐ Yes ☐ No

 If your answer to Question 19 is "yes," answer the following:

 <u>Step 1</u> Result: _____

-5-

Date of Result: _____

**Step 2** Result: _____

Date of Result: _____

**All petitioners must answer the remaining questions:**

20.  For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting them.

> <u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

A.  **GROUND ONE:** Further prosecution for the same offense after a not guilty verdict
    Place on an ankle monitor rights liberty restricted double jeopardy _____

_____

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I was found not guilty for the 3rd degree strangulation which fall under 22.01 but found guilty
For lesser included offense under 22.01

The defendant was found not guilty for the more serious offense  a partial  verdict is protect
byDouble jeopardy when a defendant is found not guilty for the more serious offense

_____

_____

B.  **GROUND TWO:** _____

_____

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Under double jeopardy's same-elements test a lesser included offense is always considered
The same as the greater offense. Thus a prosecution for the lesser offense bar the later
Prosecution For the greater offense

_____

_____

_____

-6-

**C.    GROUND THREE:** _____
The state is relying on the same evidence from the previous trial
order To proceed forward with the sexual assault
_____

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The state will be calling on the same witness from the previous trial and relying on the same
Evidence to prove the sexual Assault
_____

_____

_____

_____

**D.    GROUND FOUR:** _____

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

**21.    Relief sought in this petition:** _____

I'm asking for the freedom and liberty that was illegally taken
From me with out futher due process and for violating the
Double jeopardy clause to sanction the district court And the
Prosecutor The state of Texas
_____

_____

_____

_____

22. Have you previously filed a federal habeas petition attacking the same conviction, parole revocation, or disciplinary proceeding that you are attacking in this petition?   ☐Yes   ☒No
If your answer is "yes," give the date on which <u>each</u> petition was filed and the federal court in which it was filed. Also state whether the petition was (a) dismissed without prejudice, (b) dismissed with prejudice or (c) denied.

_____

If you previously filed a federal petition attacking the same conviction and such petition was denied or dismissed with prejudice, did you receive permission from the Fifth Circuit to file a second petition as required by 28 U.S.C. § 2244(b)(3) and (4)?   ☐ Yes   ☐ No

23. Are any of the grounds listed in question 20 above presented for the first time in this petition?
☒ Yes       ☐ No

If your answer is "yes," state <u>briefly</u> what grounds are presented for the first time and give your reasons for not presenting them to any other court, either state or federal.

Further prosecution for the same offense the state relying on the same evidence
Prosecution for a lesser included offense bars Prosecution for a greater offense
It's my first writ of habeas corpus filed with the federal court

_____

24. Do you have any petition or appeal now pending (filed and not yet decided) in any court, either state or federal, for the judgment you are challenging?       ☒ Yes       ☐ No

If "yes," identify each type of proceeding that is pending (i.e., direct appeal, art. 11.07 application, or federal habeas petition), the court in which each proceeding is pending, and the date each proceeding was filed.  I appeal the lesser included charge that wasn't listed in my indictment

3rd court of appeals file on July 7th 2022

25. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a)   At preliminary hearing:  Ruben Alonzo a pro se  744 w William cannon Dr 78745-3001

(b)   At arraignment and plea:  Ruben Alonzo a pro se  744 w William cannon Dr 78745-300

(c)   At trial:  Ruben Alonzo a pro se  744 w William cannon Dr 78745-300

(d)   At sentencing:  Ruben Alonzo a pro se  744 w William cannon Dr 78745-300

(e)   On appeal:   Ruben Alonzo a pro se  744 w William cannon Dr 78745-300

(f)   In any post-conviction proceeding: _____

-8-

**(g)**    On appeal from any ruling against you in a post-conviction proceeding: _____

_____

**Timeliness of Petition:**

26.    If your judgment of conviction, parole revocation or disciplinary proceeding became final over one year ago, you must explain why the one-year statute of limitations contained in 28 U.S.C. § 2244(d) does not bar your petition.[1]

_____

_____

_____

_____

_____

---

[1] The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), as contained in 28 U.S.C. § 2244(d), provides in part that:

     **(1)**    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of –

         **(A)**    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

         **(B)**    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;

         **(C)**    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

         **(D)**    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

     **(2)**    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Wherefore, petitioner prays that the Court grant him the relief to which he may be entitled.

_____
Signature of Attorney (if any)

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on

April 17, 2023
_____ (month, day, year).

Executed (signed) on _____ April 17, 2023 _____ (date).

_____
Signature of Petitioner (required)

Petitioner's current address: _____ Ruben Alonzo a pro se 744 w William cannon Dr 78745-3001 _____

_____

-10-