IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RUBEN ALONZO,<br>    PETITIONER, | §<br>§<br>§ | |
| V. | § | A-23-CV-419-RP |
| | § | |
| STATE OF TEXAS,<br>    RESPONDENT. | §<br>§<br>§ | |

### FINAL JUDGMENT

Before the Court is the above styled and numbered cause. On this date, the Court dismissed Petitioner Ruben Alonzo's Petition for Writ of Habeas Corpus. Accordingly, as all issues in the cause have been resolved, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Petitioner Ruben Alonzo's Petition for Writ of Habeas Corpus is hereby **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies and a certificate of appealability is **DENIED**.

It is finally **ORDERED** that the above styled and numbered cause is hereby **CLOSED**.

**SIGNED** on April 19, 2023.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE